UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL B. FJERSTAD, | ) CASE NO. C08-0791-RSM-MAT |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER RENOTING MOTION |
| | ) FOR EXTENSION |
| U.S. DRUG ENFORCEMENT AGENCY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Defendants filed a Motion for Extension of Time to Respond to Complaint (Dkt. 3), but put an incorrect noting date in the caption of the Motion. The last sentence of Local Rule CR 7(d)(2) states that: "All Motions filed in a case in which a party is under civil or criminal confinement shall be subject to the briefing schedule under Rule 7(d)(1) or 7(d)(3), not this subsection." Therefore, defendants' Motion for Extension of Time is hereby RENOTED for June 13, 2008. Plaintiff's response, if any, is due by June 9, 2008, and defendants' reply is due by the noting date itself.

A copy of this Order shall be mailed to plaintiff and provided to defendants via electronic notification.

DATED this 3rd day of June, 2008.

Mary Alice Theiler
United States Magistrate Judge