UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL B. FJERSTAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DRUG ENFORCEMENT )<br>ADMINISTRATION, et al., )<br>)<br>Defendants. )<br>_____ ) | CASE NO. C08-0791-RSM-MAT<br><br>ORDER RE: MOTION FOR<br>EXTENSION OF TIME TO RESPOND<br>TO COMPLAINT |

Defendant United States Drug Enforcement Administration seeks an extension of time for all defendants to respond to plaintiff's complaint. (Dkt. 3.) Plaintiff did not oppose defendant's motion. Finding defendant's request reasonable, the motion for an extension of time is hereby GRANTED. Defendants shall have until **July 7, 2008** to respond to the complaint. The Clerk shall send a copy of this Order to the parties and to the Hon. Ricardo S. Martinez.

DATED this 16th day of June, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
PAGE -1